ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE ANDREA SMITH,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Civil No. 2:25-cv-03436-CKD<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to evaluate the opinion evidence; obtain vocational evidence; take any further action needed to complete the administrative record; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 27, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

                              By:    /s/ Lillian J. Lee for*
                                     FRANCESCO P. BENAVIDES
                                     Attorneys for Plaintiff
                                     [*As authorized by e-mail on April 27, 2026]


Dated: April 28, 2026                    ERIC GRANT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Head of Program Litigation 1
                                         Social Security Administration

                              By:    /s/ Lillian J. Lee
                                     LILLIAN J. LEE
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated:  April 28, 2026

                                     _____
                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE